1  CORRIE J. KLEKOWSKI (SBN 251338)
   corrie.klekowski@quarles.com
2  ASHLEY D. KEARNEY (SBN 337183)
   ashley.kearney@quarles.com
3  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
4  San Diego, California 92101-8285
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  Attorneys for Defendant Gillig, LLC

7  ERIC E. LANCASTER (SBN 244449)
   eric.lancaster@paulhastings.com
8  **PAUL HASTINGS LLP**
   1117 South California Avenue
9  Palo Alto, CA 94304

10 KRISTYN HANSEN (pro hac vice)
   kristyn.hansen@allenovery.com
11 **ALLEN OVERY SHEARMAN STERLING US LLP**
   599 Lexington Avenue
12 New York, NY 10022

13 MICHELLE BONE (pro hac vice)
   michelle.bone@allenovery.com
14 **ALLEN OVERY SHEARMAN STERLING US LLP**
   1101 New York Avenue NW
15 Washington, DC 20005

16 Attorneys for Plaintiff Patrick E. Tryon

17                **UNITED STATES DISTRICT COURT**

18        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  Patrick E Tryon, | Case No. 21-cv-07817-TSH |
| 20         Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES** |
| 21         v. | Judge:      Thomas S. Hixson |
| 22  Gillig LLC, | Crtrm.:     G |
| 23         Defendant. | Trial Date: June 30, 2025 |

1  Defendant Gillig, LLC and Plaintiff Patrick E. Tryon, acting through their respective
2  counsel of record, hereby stipulate as follows:
3  WHEREAS, on May 3, 2024, the parties participated in a settlement conference with
4  Magistrate Judge Kandice Westmore, but this matter has not yet settled;
5  WHEREAS, the parties have continued negotiations and on July 2, 2024 and on
6  September 10, 2024, filed stipulations to extend the case management deadlines to allow more
7  time for productive settlement negotiations;
8  WHEREAS, on September 11, 2024 [Dkt 76], this Court ordered that the deadline to
9  disclose expert witnesses was extended to October 25, 2024, the deadline to disclose rebuttal
10 expert witnesses was extended to November 15, 2024, the deadline to complete expert discovery
11 was extended to December 13, 2024, the deadline to file dispositive motions was extended to
12 January 9, 2025, hearings on dispositive motions shall be held on February 13, 2025, and that the
13 jury trial be moved to June 30, 2025;
14 WHEREAS, the parties' have reached a settlement in principle, are negotiating final details
15 of an agreement, and would seek to defer expert discovery and dispositive motion work to focus
16 on finalizing the terms of settlement;
17 WHEREAS, the parties agree to extend the deadline to designate expert witnesses to
18 December 23, 2024;
19 WHEREAS, the parties agree to extend the deadline to designate rebuttal expert witnesses
20 to January 23, 2025;
21 WHEREAS, the parties agree to extend the deadline to complete expert discovery to
22 February 28, 2025;
23 WHEREAS, the parties agree to extend the deadline to file dispositive motions to February
24 28, 2025;
25 WHEREAS, the parties agree that the hearing on dispositive motions shall be determined
26 by this Court based on the proposed new deadline and consistent with its motion calendar;
27 / / /
28 / / /

IT IS SO STIPULATED.

Dated: October 25, 2024           QUARLES & BRADY LLP

By: /s/ Ashley D. Kearney
    CORRIE J. KLEKOWSKI
    ASHLEY D. KEARNEY
    Attorneys for Defendant Gillig, LLC

Dated: October 25, 2024           ALLEN OVERY SHEARMAN STERLING US LLP

By: /s/ Kristyn Hansen
    MICHELLE BONE
    KRISTYN HANSEN
    Attorneys for Plaintiff Patrick E. Tryon

**ATTESTATION**

I, Ashley D. Kearney, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

By:     /s/ Ashley D. Kearney
        ASHLEY D. KEARNEY