1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Patrick E Tryon,<br><br>    Plaintiff,<br><br>v.<br><br>Gillig LLC,<br><br>    Defendant. | Case No. 21-cv-07817-TSH<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES<br><br>Judge:       Hon. Thomas S. Hixson<br>Crtrm.:      G<br>Trial Date:  June 30, 2025 |

The Court, having reviewed and considered the Stipulation of the parties, and for good cause appearing,

ORDERS that the deadline to designate expert witnesses is extended to February 28, 2025;

ORDERS that the deadline to designate rebuttal expert witnesses is extended to March 14, 2025;

DATED:

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Case No. 21-cv-07817-TSH
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES